## Campbell *v.* Carlson (et al., Appellants).

Argued March 19, 1970. Before JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Bernard J. McAuley,* with him *Wayman, Irvin, Trushel & McAuley,* for appellants.

*Nevin Stetler,* with him *Leonard R. Reeves, Stuart M. Neely,* and *Stetler & Gribbin,* for appellee.

OPINION PER CURIAM, July 2, 1970:

Judgment affirmed.

Mr. Chief Justice BELL took no part in the consideration or decision of this case.

## Crafton *v.* Tokarsky et ux., Appellants.

Argued March 23, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

614

■■■■■■■■■■■■
■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■

*George H. Ross,* for appellants.

*Robert Palkovitz,* with him *David S. Palkovitz, Jack Palkovitz,* and *Palkovitz & Palkovitz,* for appellees.

OPINION PER CURIAM, July 2, 1970:
Decree affirmed. Each party to pay own costs.
Mr. Justice JONES dissents.

■■■■■■■■

Commonwealth *v.* Barron, Appellant.

Submitted April 20, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*John J. Barbera,* for appellant.